IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRUETT THOMAS,

    Plaintiff,

v.                                                 No. 24-cv-473 KG/JHR

ALISHA TAFOYA,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) is dismissed without prejudice.

_____
CHIEF UNITED STATES DISTRICT JUDGE